**Order entered December 2, 2021**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-21-00771-CV

### SAKINAH BAYNARD, Appellant

### V.

### BLUE MOUNTAIN TX LLC, Appellee

**On Appeal from the County Court at Law No. 5**
**Dallas County, Texas**
**Trial Court Cause No. CC-21-02842-E**

## ORDER

On November 9, 2021, after the court reporter informed the Court that appellant had not requested preparation of the reporter's record, we directed appellant to file, within ten days, written verification she had requested the record. Although we cautioned her that failure to comply could result in the appeal being submitted on the clerk's record alone, *see* TEX. R. APP. P. 37.3(c), appellant has not complied or otherwise communicated with the Court. Accordingly, we **ORDER** the appeal submitted without the reporter's record. *See id.*

As the clerk's record has been filed, we **ORDER** appellant to file her brief no later than January 3, 2022.

/s/    ROBERT D. BURNS, III
CHIEF JUSTICE